UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK CALVIN GEORGE, | ) | 1:06-CV-01237 LJO NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #14] |
| | ) | |
| v. | ) | ORDER GRANTING RESPONDENT'S |
| | ) | MOTION TO DISMISS AND DISMISSING |
| | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS |
| A. P. KANE, Warden, | ) | [Docs. #7, 1] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 14, 2007, the Magistrate Judge issued Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED and the petition be DISMISSED with prejudice as untimely and successive. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

1   On March 12, 2007, Petitioner filed objections to the Findings and Recommendation.

2   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de
3   novo* review of the case. Having carefully reviewed the entire file and having considered the
4   objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
5   supported by the record and proper analysis, and there is no need to modify the Findings and
6   Recommendations based on the points raised in the objections.

7   Accordingly, IT IS HEREBY ORDERED that:

8   1. The Findings and Recommendation issued February 14, 2007, is ADOPTED IN FULL;

9   2. Respondent's motion to dismiss is GRANTED;

10  3. The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and

11  4. The Clerk of Court is DIRECTED to enter judgment.

12  IT IS SO ORDERED.

13  **Dated:   June 1, 2007**           **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE